UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOM L. MCMILLIN,

    Plaintiff,

v.

COUNTY OF SAN MATEO, et al.,

    Defendants.

No. 24-00950 WHA

**ORDER VACATING PRIOR DISMISSAL FOR LACK OF PROSECUTION**

    The judge made a mistake in dismissing this action for lack of prosecution. Unbeknownst to the judge, plaintiff had mailed in a notice of voluntary dismissal which had been received on November 8, 2024, which was six days before the hearing. For some reason, that dismissal was not processed by the Clerk's office. The judge should have been aware of the dismissal but was not. And the judge made a mistake and hereby corrects the mistake.

    The last order (Dkt. No. 20) is hereby **VACATED**, but this case remains dismissed due to the voluntary dismissal (Dkt. No. 21).

    **IT IS SO ORDERED.**

Dated: November 21, 2024.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE